**Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-14-00882-CV

—————————

### MARK BOLLMANN AND LORI WHARTON, Appellants

### V.

### MARCUS A. SMITH, Appellee

---

**On Appeal from the Co Civil Ct at Law No 1**
**Harris County, Texas**
**Trial Court Cause No. 1053623**

---

## O R D E R

The notice of appeal in this case was filed October 31, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 28, 2015, .** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM